UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHALOM WHALEY,

        Plaintiff,

vs.                                      CASE NO. 6:10-CV-236-ORL-19GJK

HD SUPPLY, INC.,

        Defendant.

_____

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 24, filed September 7, 2010). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 24) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Settlement (Doc. No. 23, filed July 30, 2010) is **GRANTED,** and the settlement is **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues. This case is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___24th___ day of September, 2010.

*[signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT